THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Mickey Johnson, Appellant.
 
 
 

Appeal From Aiken County
  James C. Williams, Jr., Circuit Court Judge

Opinion No.    2004-UP-470Submitted September 15, 2004  Filed 
 September 16, 2004

APPEAL DISMISSED

 
 
 
 
 Senior Assistant Appellate Defender Wanda H. Haile, Office of Appellate 
 Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster; Chief Deputy Attorney General 
 John W. McIntosh; Assistant Deputy Attorney General Salley W. Elliott, 
 Office of the Attorney General, of Columbia, Solicitor Barbara R. Morgan, 
 of Aiken, for Respondent.
 
 
 

PER CURIAM:  Mickey Johnson was convicted of possession of cocaine, 
 third offense, and was sentenced to four years imprisonment.  He appeals.
Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for Johnson 
 attached to the final brief a petition to be relieved as counsel, stating she 
 had reviewed the record and concluded Johnsons appeal is without legal merit 
 sufficient to warrant a new trial.  Johnson did not file a pro se 
 response.  
After a thorough review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved.  
APPEAL DISMISSED. [1] 
STILWELL, BEATTY, and SHORT, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.